AO 456 (Rev. 5/85) Notice

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 13 2004

JAMES W. McCORMACK, CLERK
By:_____
           DEP CLERK

# United States District Court
## Eastern District of Arkansas

JULIE ORAHA

## NOTICE

v.

SWIFT TRANSPORTATION, INC., et al.

CASE NUMBER: 4:03CV00088 SMR/JTR

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>600 West Capitol<br>Little Rock, Arkansas 72201 | Courtroom #155 |
| | DATE AND TIME<br>August 10, 2004 @ 10:00 a.m. |

TYPE OF PROCEEDING

SETTLEMENT CONFERENCE before U. S. Magistrate Judge J. Thomas Ray. Counsel are reminded to have a party with full authority to settle at the conference. Should this case not settle on August 10th, the case will go to trial on August 11th before U. S. Chief District Judge, Susan Webber Wright.

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>600 West Capitol<br>Little Rock, Arkansas 72201 | | |

James W. McCormack, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*Kathy Swanson*
(BY) DEPUTY CLERK

July 13, 2004
DATE

To: Hon. Susan Webber Wright
    Hon. J. Thomas Ray
    Ms. Sandy Carpenter
    Ms. Judy Morgan
    Mr. Jeremiah Duane Pearson
    Mr. Alfred F. Angulo, Jr.
    FILE

F I L E   C O P Y

kcs

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

July 13, 2004

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:03-cv-00088.

True and correct copies of the attached were mailed by the clerk to the following:

Alfred F. Angulo Jr., Esq.
Laser Law Firm P.A.
101 South Spring Street
Suite 300
Little Rock, AR   72201-2488

Jeremiah Duane Pearson, Esq.
Law Offices of Gary Green
1001 LaHarpe Boulevard
Little Rock, AR   72201

James W. McCormack, Clerk

Date: July 13, 2004           BY: Kathy Swanson